Barkley B. Smith, ISBN 9193
Barkley Smith Law, PLLC
910 Main St. Suite 358C
Boise, ID 83702
P: 314-322-7639
F: 208-429-8233
Email: barkley@barkleysmithlaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| | |
|---|---|
| AARON KREPS,<br><br>         Plaintiff,<br>    vs.<br><br>EQUIFAX, INC.<br>         Defendant. | Case No. 16-CV-180<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

COMES NOW, Plaintiff Aaron Kreps, by and through his counsel of record, Barkley B. Smith of Barkley Smith Law, PLLC and in accordance with Rule 41 of the Federal Rules of Civil Procedure hereby gives notice of dismissal with prejudice against Defendant in this case. This notice has been submitted prior to Defendant having filed an answer in this case.

DATED: June 25, 2016.

/s/ Barkley Smith
Barkley B. Smith
Barkley Smith Law, PLLC